Jurisdiction is relinquished.

In re Peter Paul NAKOSKI, Jr., District Justice In and For Magisterial District 06–3–01.

Appeal of Judicial Conduct Board.

Supreme Court of Pennsylvania.

Sept. 28, 2000.

***ORDER***

PER CURIAM:

AND NOW, this 28th day of September, 2000, the order of the Court of Judicial Discipline is hereby affirmed.